COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-08-166-
CV

IN RE BRIAN ARMSTRONG RELATORS

AND SHAWNDI LYNN HATFIELD   

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relators’ petition for writ of mandamus 
and motion for emergency stay and is of the opinion that relief should be denied.  
See
 
Tex. R. App. P.
 52.7. Accordingly, relators’ petition for writ of mandamus and request for emergency stay are denied.

PER CURIAM

PANEL M: WALKER and LIVINGSTON, JJ.

DELIVERED:  April 25, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.1.